**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **QOMMERCE SYSTEMS, LLC** § | | |
|     Plaintiff § | | |
|   v. § | | **Case No. 6:15-CV-174-RWS-KNM** |
| § | | **(Consolidated Lead Case)** |
| **CDW CORPORATION ET AL.** § | | |
|     Defendants. § | | |

| | | |
|---|---|---|
| **QOMMERCE SYSTEMS, LLC** § | | |
|     Plaintiff § | | |
|   V. § | | **Case No. 6:15-CV-194-RWS-KNM** |
| § | | |
| **B&H FOTO & ELECTRONICS CORP.,** § | | |
|     Defendant. § | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT B&H FOTO & ELECTRONICS CORP.**

CAME ON THIS DAY for consideration of the Stipulation of Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff, Qommerce Systems, LLC and Defendant B&H Foto & Electronics Corp. in this case, and the Court being of the opinion that said Notice should be ENTERED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, Qommerce Systems, LLC and Defendant B&H Foto & Electronics Corp. are hereby dismissed with prejudice

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 10th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE